UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMIE GISCLAIR | CIVIL ACTION |
| VERSUS | NO. 24-1298 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (5) |

## ORDER AND REASONS

Before the Court is Plaintiff's action for review of a final decision of the Acting Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits. On July 14, 2025, Chief Magistrate Judge North issued an R&R, recommending that the Court dismiss Plaintiff's case with prejudice.[1] Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. The Court REJECTS Plaintiff's brief,

---

[1] R. Doc. 17.

1

ADOPTS Commissioner's brief, and DISMISSES Plaintiff's case WITH PREJUDICE.

New Orleans, Louisiana, this __4th__ day of August, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE